IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H.J.L.A.,                                        *

    Petitioner,                              *

vs.                                              *
                               CASE NO. 4:26-CV-947 (CDL)
WARDEN, STEWART DETENTION CENTER,               *

    Respondent.                              *

---

O R D E R

Presently pending before the Court is Petitioner's emergency motion for temporary restraining order (ECF No. 3). The Court has already ordered that Petitioner be granted a bond hearing unless Respondents seek relief from that order and demonstrate that Petitioner is not entitled to a bond hearing. *See* Order (Jun. 17, 2026), ECF No. 7. Based on the Court's review, Petitioner did not demonstrate a substantial likelihood of success on the merits of his habeas claim beyond the relief the Court has already ordered. Accordingly, the Court denies Petitioner's emergency motion for temporary restraining order.[i]

IT IS SO ORDERED, this 18th day of June, 2026.

                              s/Clay D. Land
                              CLAY D. LAND
                              U.S. DISTRICT COURT JUDGE
                              MIDDLE DISTRICT OF GEORGIA

---

[i] The Court also observes that habeas corpus relief is not available to remedy Petitioner's claims regarding the conditions of his confinement. Those claims must be asserted in a civil action other than one seeking habeas corpus relief. *See e.g., Mackey v. United States*, No. 21-13094, 2022 WL 17830252, at *2 (11th Cir. Dec. 21, 2022) (per curiam).